*** Filed ***
09:46 PM, 17 Nov, 2026
U.S.D.C., Eastern District of New York

November 17, 2026

Honorable Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Darden v. Liberty Mutual Technology Group Inc., et al.**
**Case No. 1:26-cv-05017-NCM-LKE**
**Notice of Completed Service and Letter-Motion for Leave to Supplement Proof of Service**

Dear Judge Eshkenazi:

Plaintiff respectfully submits the attached service documentation in response to the Court's August 24, 2026 Order (ECF No. 5).

The process server's returns report that, on November 12, 2026, at 1:27 p.m., the summons and complaint were delivered to Corporation Service Company, 84 State Street, Boston, Massachusetts 02109, on behalf of each Defendant: Liberty Mutual Group Inc. ("LMGI") and Liberty Mutual Technology Group Inc. ("LMTG").

The LMGI proof of service is signed and dated by the process server. The LMTG return reports completed delivery at the same date, time, and address, but the process server's signature is still missing. Plaintiff includes the unsigned LMTG return as documentation of reported service, **not as an executed affidavit**, and will file the signed return upon receipt.

Plaintiff respectfully requests that the Court accept the present documentation and grant leave through November 24, 2026, to supplement the LMTG proof of service with the process server's signature. Under Federal Rule of Civil Procedure 4(l)(3), failure to prove service does not affect the validity of service, and the Court may permit proof to be amended.

The copy of the issued summons docketed at ECF No. 3 is attached in accordance with the Court's authorization to use the docketed summons in place of the missing original.

Respectfully submitted,

/s/ Time Darden
Time Darden, Plaintiff Pro Se
ACP #8413
P.O. Box 1110
Albany, NY 12201
edny5017@pm.me
607-229-3021

**Attachments (in order):** (1) Docket-issued summons, ECF No. 3; (2) signed LMGI proof of service; (3) unsigned LMTG return of service (signature pending).

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Time Darden

*Plaintiff(s)*

v.

Liberty Mutual Technology Group Inc. ("LMTG");
Liberty Mutual Group Inc. {"LMGI")

*Defendant(s)*

Civil Action No. 26-cv-05017-NCM-LKE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Liberty Mutual Technology Group Inc.**
*c/o Corporation Service Company*
84 State Street
Boston, Massachusetts 02109

**Liberty Mutual Group Inc.**
*c/o Corporation Service Company*
84 State Street
Boston, Massachusetts 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pro se Petitioner:

**Time Darden**
*ACP #8413,*
P.O. Box 1110
Albany, New York 12201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 08/19/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. **1:26-cv-05017-NCM-LKE**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Liberty Mutual Group Inc.**
was received by me on **11/11/2026:**

☐ I personally served the **SUMMONSES; COMPLAINT AND JURY DEMAND; EXHIBIT; CIVIL COVER SHEET** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Liberty Mutual Group Inc.** at **84 State Street, Boston, MA 02109** on **11/12/2026 at 1:27 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 165.00** for services, for a total of **$ 165.00**.

I declare under penalty of perjury that this information is true.

Date: 11/12/2026

*Server's signature*

**Steven Ceppi**

*Printed name and title*

**11 WIGWAM CIRCLE**
**ARLINGTON, MA 02474**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONSES; COMPLAINT AND JURY DEMAND; EXHIBIT; CIVIL COVER SHEET, to Corporation Service Company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with glasses and a mustache.**

Tracking #: **0251069887**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-05017-NCM-LKE**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Liberty Mutual Technology Group Inc.** was received by me on **11/11/2026:**

☐ I personally served the **SUMMONSES; COMPLAINT AND JURY DEMAND; EXHIBIT; CIVIL COVER SHEET** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Liberty Mutual Technology Group Inc.** at **84 State Street, Boston, MA 02109** on **11/12/2026 at 1:27 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 165.00** for services, for a total of **$ 165.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Steven Ceppi**

*Printed name and title*

**11 WIGWAM CIRCLE**
**ARLINGTON, MA 02474**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONSES; COMPLAINT AND JURY DEMAND; EXHIBIT; CIVIL COVER SHEET, to Corporation Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with glasses and a mustache.**

Tracking #: **0251891519**